IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARIUS BLACKWELL, Reg. No. 65507-019, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CASE NO.: 2:19-CV-727-RAH-CSC ) |
| WARDEN WOODS, | ) ) |
| Respondent. | ) ) |

## **ORDER**

On April 4, 2022, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. Doc. 36. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and this petition is DISMISSED with prejudice as moot.

A Final Judgment will be entered separately.

DONE, on this the 3rd day of May, 2022.

                                        /s/ R. Austin Huffaker, Jr.
                                        R. AUSTIN HUFFAKER, JR.
                                        UNITED STATES DISTRICT JUDGE